UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEARL MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TOWN OF CICERO, | ) | No. 07 C 5154 |
| a municipal corporation, | ) | |
| SANDRA BROWN, | ) | Hon. Judge Castillo |
| ARMANDO GALVAN, | ) | |
| JENNIFER CLAUSSEN, | ) | Hon. Mag. Judge Keys |
| POLICE OFFICER WELCH, #288 | ) | |
| POLICE OFFICER VALENTINE, #288 | ) | |
| POLICE OFFICER JIMENEZ, #279, | ) | |
| GUADALAJARA RESTAURANT, | ) | |
| JORGE ADEAGA, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR SANCTIONS AND RULE TO SHOW CAUSE AGAINST DEFENDANT TOWN OF CICERO

The Plaintiff, by and through one of her attorneys, Richard Dvorak, of Dvorak, Toppel & Barrido, hereby moves this Honorable Court, pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure, to enter an order finding Defendant Town of Cicero in contempt for not complying with a November 13, 2007 Court order to produce the home addresses of the individual Cicero police officers. In support, the Plaintiff states as follows:

1. This Court set a settlement conference for December 20, 2007.

2. The Plaintiff has served Guadalajara Restaurant and its owner, Jorge Arteaga, and the firm of Busse, Busse & Grasse has filed an appearance for Jorge Arteaga Corp. d/b/a Guadalajara Restaurant.

3. The Plaintiff served the Town of Cicero, and the DelGaldo Law Group filed an

1

appearance on behalf of the Town of Cicero.

4. All of the named individual officers are current Town of Cicero police officers. Defendants Sandra Brown, Armando Galvan, Welch, Valentine, and Jimenez are being sued in their dual capacity as Town of Cicero police officers, and as security guards for Guadalajara Restaurant. Cicero Police Officer Jennifer Claussen is being sued solely in her capacity as a Cicero Police Officer. The Town of Cicero has filed an appearance on behalf of Claussen, but not the other individual officers.

5. The Plaintiff originally filed a motion for the home addresses of the individual officers because the Town of Cicero had not filed an appearance on behalf of any of the individual officers, and the Town's attorney did not return the four phone calls from the Plaintiff's attorney, who was attempting to work out any service issues without Court intervention.

6. On November 13, 2007, this Court entered an order requiring the Town of Cicero to tender to Plaintiff's counsel the home addresses of the individual officers.

7. In direct violation of this Court's Order of November 13, the Town has never tendered to Plaintiff's counsel the home addresses of the individual officers.

8. On November 30, Plaintiff's counsel faxed the Town's attorney a letter demanding compliance with the Court's order, but he did not receive a response. [Exhibit A]. Plaintiff's counsel also called the Town's attorney on that day, but he did not receive a response.

9. Again on December 3, Plaintiff's counsel faxed over another letter to the Town's attorney demanding compliance with the Court's Order, but he did not receive a response. [Exhibit B]. Plaintiff's counsel called the Town's attorney on that same

      day, but he did not receive a response.

10.     The Town's actions are contemptious, and has caused Plaintiff's counsel to waste unnecessary time and resources to ensure that the Town is in full compliance with the Court's Order, and therefore requests attorney's fees and costs from the Town, as well as a rule to show cause why the Town should not be held in contempt for failure to comply with the Court's Order of November 13, 2007.

WHEREFORE, the Plaintiff, Pearl Martinez, by one of her attorneys, Richard Dvorak, of Dvorak, Toppel & Barrido, hereby respectfully requests this Court grant the Plaintiff's motion for sanctions and for a rule to show cause against the Town of Cicero.

                                                            Respectfully Submitted,

                                                            s/ Richard Dvorak

                                                            _____
                                                           Richard Dvorak, One of the
                                                           Attorneys for the Plaintiff.

Richard Dvorak
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)